| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **NEMEROFF LAW FIRM, PC**<br>R. Scott Marshall, Esq. (*Pro Hac Vice* pending)<br>Email: scottmarshall@nemerofflaw.com<br>Rick Nemeroff, Esq. (*Pro Hac Vice* pending)<br>Email: ricknemeroff@nemerofflaw.com<br>Barrett Naman, Esq. (*Pro Hac Vice* pending)<br>Email: barrettnaman@nemerofflaw.com<br>12720 Hillcrest Road, Suite 700<br>Dallas, TX 75230<br>Telephone: (214) 774-2258<br>Fax: (214) 393-7897<br>Attorneys for Plaintiff<br><br>**SZAFERMAN, LAKIND,<br>  BLUMSTEIN & BLADER, P.C.**<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511<br>Attorneys for Plaintiff | **Case No. 19-01227-KCF**<br><br>**Lead Case No. 19-10289-LSS**<br><br>**Chapter 11**<br><br>**Judge: Hon Kathryn C. Ferguson, Chief Judge** |
| **In Re:**<br>**Imerys Talc America, Inc.** | |
| **SOPHIA VIDALIER,**<br><br>        Plaintiff,<br><br>        v.<br><br>**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN TALC CO. INC. and | |

| | |
|---|---|
| CHARLES MATHIEU INC. and SIERRA TALC COMPANY and UNITED TALC COMPANY); **IMERYS TALC AMERICA, INC.** (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO. INC.); **JOHNSON & JOHNSON**; **JOHNSON & JOHNSON CONSUMER INC.**, a subsidiary of JOHNSON & JOHNSON; **JOHN DOE CORPORATIONS 1-50** (fictitious)<br><br>Defendants | |

## CERTIFICATION OF SERVICE

1. I, Robert Lytle, am a partner with the firm of Szaferman, Lakind, Blumstein & Blader, P.C., counsel for Plaintiff, Sophia Vidalier, in the above-captioned matter.

2. On May ___, 2019, I caused to be served to the parties referenced below, by regular and/or electronic mail as indicated, the Application for Admission of R. Scott Marshall *Pro Hac Vice* with supporting papers. In addition, Defendants' counsel was served via the Court's CMECF system.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated on following annexed pages.

Dated: May 23, 2019

By: ____/s/ Robert Lytle____
Robert Lytle, Esq.

# PARTIES OF RECORD

Robert E. Lytle, Esq.
Szaferman, Lakind, Blumstein & Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
rlytle@szaferman.com
Ph:609-275-0400
**\*Counsel for Plaintiff\***

Rick Nemeroff, Esq.
Barrett Naman, Esq.
R. Scott Marshall, Esq.
Nemeroff Law Firm, PC
12720 Hillcrest Road, Suite 700
Dallas, TX 75230
ricknemeroff@nemerofflaw.com
barrettnaman@nemerofflaw.com
scottmarshall@nemerofflaw.com
Ph: 214-774-2258
**\*Co-Counsel for Plaintiff\***

John C. McMeekin II, Esq.
Linda Dobbins, Esq.
Rawle & Henderson LLP
Windener Building
One South Penn Square
1339 Chestnut Street, 16th Floor Philadelphia, PA 19107
Ph: 215-575-4200
ldobbins@rawle.com
jmcmeekin@rawle.com
**Counsel for Cyprus Amax Minerals Company; and Imerys Talc America, Inc.**

John C. Garde, Esq.
Joseph Scholz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street Newark,
New Jersey 07102
Ph: 973-622-4444
jgarde@mccarter.com
*jscholz@mccarter.com*
**Counsel for Johnson & Johnson; Johnson & Johnson Consumer, Inc.**